

Motor Wiring

480V

220V











PLTF PRO 00640